**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MEMBERSELECT INSURANCE COMPANY, a/s/o CHRIS AND RENATA LOIOTILE, <br><br> Plaintiff, <br><br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC., a Delaware corporation, SEARS HOLDING CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 1:13-CV-4097 |

**JOINT MOTION FOR AGREED PROTECTIVE ORDER**

NOW COME Plaintiff MEMBERSELECT INSURANCE COMPANY, a/s/o CHRIS AND RENATA LOIOTILE, and Defendants ELECTROLUX HOME PRODUCTS, INC., and SEARS HOLDING CORPORATION, all of which jointly move this Honorable Court to enter a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure regarding documents and other material to be produced by the Parties in this matter. In support of this motion, Plaintiff and Defendants state as follows:

1. All Parties agree that in litigating this case certain information and documents may be sought and disclosed, which may include confidential, competitively sensitive and proprietary information.

2. All Parties agree that good cause exists for the entry of a protective order based on the nature of the documents and information that may be produced in this case.

3. To control the disclosure of this confidential information, the Parties have agreed to the terms of the proposed Agreed Protective Order, based upon the Northern District's model order.

4.      The proposed Order is forward concurrently with this Motion to Judge Aspen's proposed order e-mail box.  Per the local rule, the forwarded draft Order includes a redline and clean version reflecting the parties' proposed edits.

WHEREFORE, Plaintiff MEMBERSELECT INSURANCE COMPANY, a/s/o CHRIS AND RENATA LOIOTILE, and Defendants ELECTROLUX HOME PRODUCTS, INC., and SEARS HOLDING CORPORATION, respectfully request that this Honorable Court enter the Agreed Protective Order proposed by the Parties.

**Dated:  October 16, 2014**                                        **Respectfully submitted**,


By: /s/ Ethan E. White                              By: /s/ Jennifer H. Tedesco
    Michael I. Leonard                                    Jennifer H. Tedesco
    Ethan E. White                                           Gibson & Sharps
    LEONARD LAW OFFICES                          1443 20th Street, Suite F
    203 North LaSalle, Suite 1620                  Vero Beach, Florida 32960
    Chicago, Illinois 60606                                1-800-759-0964
    (312) 380-6559                                            jht@gibsonsharps.com
    mleonard@leonardlawoffices.com
    ewhite@leonardlawoffices.com              *Counsel for Plaintiff*

    *Counsel for Electrolux Home Products, Inc.*


By: /s/ Heather Keil
    Heather L. Keil
    O'HAGAN LLC
    1 East Wacker Drive, Suite 3400
    Chicago, Illinois 60601
    (312) 4226143
    hkeil@ohaganlaw.com

    *Counsel for Sears Holding Corp.*